FILED

NOV 2 0 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1:25 CR 570** |
| | ) | Title 18, United States Code, |
| ALLEN TURNER, | ) | Sections 922(g)(1), and 924(a)(8) |
| | ) | |
| Defendant. | ) | |
| | ) | **JUDGE POLSTER** |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.     On or about June 4, 2025, in the Northern District of Ohio, Eastern Division,

Defendant ALLEN TURNER, knowing he had previously been convicted of crimes, each

punishable by imprisonment for a term exceeding one year, those being: Robbery and Felonious

Assault, on or about August 24, 2021, in case number CR-20-649411-A, in the Cuyahoga

County Court of Common Pleas, and knowingly possessed a firearm and ammunition, to wit:

Glock, model 19, 9 mm, semi-automatic pistol, bearing serial number AGCR896 with

ammunition, said firearm and ammunition having been shipped and transported in interstate

commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant ALLEN TURNER, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein; including, but not limited to, the following: Glock, model 19, 9 mm, semi-automatic pistol, bearing serial number AGCR896 with ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.